**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HELWIG, JOHN B | ) | |
| | ) | CASE NO. 05-11840 |
| | ) | |
| | ) | HON. SUSAN PIERSON SONDERBY |
| Debtor | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
    219 South Dearborn, Courtroom 642
    Chicago, Illinois 60604

    on:  **February 27, 2008**
    at:  **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                  $          30,433.01

    b. Disbursements                             $          15,724.59

    c. Net Cash Available for Distribution       $          14,708.42

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested | |
|---|---:|---:|---:|---:|---:|---:|
| Trustee | $ | 0.00 | $ | 3,793.30 | $ | |
| Trustee | $ | 0.00 | $ | | $ | 13.14 |
| Mandell Menkes LLC | $ | 15,676.62 | $ | 0.00 | $ | 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $134,566.62 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 8.10%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---:|---:|---:|---:|
| 1 | Department of the Treasury-Internal Revenue Service | $ | 134,566.62 | $ | 10,901.98 |

6. Claims of general unsecured creditors totaling $479,848.56, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is: $200.99 of cash on hand and in a bank account;

      household goods that the Debtor valued at $1,500 but that the Trustee believed had no liquidation value and in which the Debtor claimed a $1,500 exemption; wearing apparel that the Debtor valued at $500 and jewelry that the Debtor valued at $500 that the Trustee believed had no liquidation value; 50% of the equity interest in Partners in Build, that owned office condominiums-the condominiums were subject to a mortgage and the Trustee believed that he would not yield value for his equity interest, if at all, for several more years until most or all of the office condominiums were sold; a 1997 Mercedes automobile that the Debtor reported had $157,000 miles and in which the Debtor claimed an exemption of $1,200; a 1997 Dodge pickup truck with no value for the estate; a pet dog which the Trustee believed had no liquidation value; an auto insurance policy from State Farm which the Trustee determined had no cash value and tools that the Debtor valued at $750 and in which he claimed an exemption.

11.    The Trustee also investigated a condominium in Wheaton for which Sheryl Motisik held title and on which the Debtor was listed as a borrower in mortgage documents. The Debtor had no documents to verify that he invested any sums into the condominium and Ms. Motisik provided documents to verify that she made all payments on the mortgage and purchase price.

Dated: **January 16, 2008**       For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

840  Doc 108  Filed 01/16/08  Entered 01/18/08 23:54:06  Desc Imaged
Certificate of Service  Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2          Date Rcvd: Jan 16, 2008
Case: 05-11840                Form ID: pdf002          Total Served: 32


The following entities were served by first class mail on Jan 18, 2008.
db           +John B Helwig,   2231 Lincolnwood Park,   Evanston, IL 60201-2019
aty          +Bruce E de'Medici,   333 W. Wacker Drive,   #300,   Chicago, IL 60606-1252
aty          +Eugene Crane,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
aty          +Keith E Allen,   Mandell Menkes LLC,   333 West Wacker Drive,   Suite 300,
               Chicago, IL 60606-1252
aty          +Patrick G. Somers,   Mandell Menkes LLC,   333 W. Wacker Drive,   Chicago, IL 60606-1220
tr           +Alex D Moglia, ESQ,   Moglia Advisors,   1325 Remington Rd, Ste H,   Schaumburg, IL 60173-4815
9110426      +AAA,   13455 Noel Rd.,   Dallas, TX 75240-6620
9110427      +Alexander Lumber,   909 N. Front,   Mchenry, IL 60050-5211
9294684      +American Arbitration Association,   13455 Noel Rd,   Dallas, TX 75240-6686
9110428      +Ancel & Glick Diamond Bush DiCianni & Rolek,   140 S. Dearborn St., Ste. 600,
               Chicago, IL 60603-5226
9294685       Clear Water Subdivision Homeowners Assoc,   960 Stone Drive,   McHenry, Il
9298872      +David J Letvin,   Letvin & Stein,   541 N Fairbanks Court - Ste 2121,   Chicago, IL 60611-3710
9294689      +David R Missimer,   Dream Development Corp,   Cunabaugh & Missimer PC,
               4314-G West Crystal Lake Rd,   McHenry, IL 60050-4281
9110429       Dream Development,   8600 Rte. 14, Ste. 201,   Crystal Lake, IL 60012
9110430      +Edward Hines Lumber,   39 E. Belvedere,   Grayslake, IL 60030-1038
9110431     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9110432      +J.P. Morgan Mortgage Capital,   400 Perimiter Center Ter NE,,   Atlanta, GA 30346-1227
9110433      +Joseph Fit,   526 Pasadina Ave.,   Joliet, IL 60403-2486
9294688      +Letvin & Stein,   541 N Fairbanks Court #2121,   Chicago, IL 60611-3710
9110435      +MBNA,   P.O. Box 15019,   Wilmington, DE 19850-5019
9294687      +Marshall M Goldstein PC,   300 Village Green Drive #214,   Lincolnshire, Il 60069-3086
9110436       North Shore Community Bank,   476 Lincoln Ave.,   Winnetka, IL 60093
9294691       North Shore Community Bank,   578 Lincoln Ave.,   Winnetka, Il 60093
9311782      +North Shore Community Bank & Trust Co,   c/o David J Letvin,   541 North Fairbanks Court,
               Ste 2121,   Chicago, IL 60611-3710
9740921      +North Shore Community Bank & Trust Company,   c/o Letvin & Stein,   541 N. Fairbanks Court,
               Suite 2121,   Chicago, IL 60611-3710
9110434      +Peter F. LoMonaco,   Law offices of Peter F. LoMonaco,   200 N. Milwaukee Ave., Ste. 213,
               Libertyville, IL 60048-2250
9110437      +Russ Valin,   1801 E. Grand Ave,   Lindenhurst, IL 60046-7816
9932832      +Russell Valin,   266 Park Avenue,   Lake Villa, Il 60046-8915
9110438      +Superior Paving,   P.O. Box 98,   Fox Lake, IL 60020-0098
The following entities were served by electronic transmission on Jan 17, 2008.
9294686      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComED,
               Bill Payment Center,   Chicago, Il 60668-0001
9294690      +E-mail/Text: bankrup@nicor.com                            Nicor,   P O Box 2020,
               Aurora, Il 60507-2020
10470668     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft*         +John B Helwig,   2231 Lincolnwood Park,   Evanston, IL 60201-2019
9294603*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jan 16, 2008
Case: 05-11840                Form ID: pdf002          Total Served: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2008**                    **Signature:**    _Joseph Speetjens_