Case 05-11840   Doc 112-1   Filed 07/29/08   Entered 07/29/08 14:35:56   Desc Exhibit
order approving compensation   Page 1 of 1
05-11840:105.2:Application for Compensation:Exhibit draft order Entered: 1/10/2008 12:28:12 PM by:Alex Moglia Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HELWIG, JOHN B | ) | |
| | ) | CASE NO. 05-11840 |
| | ) | |
| | ) | HON. SUSAN PIERSON SONDERBY |
| Debtor | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 3,793.30 |
| 2. | Trustee's expenses | $ | 13.14 |
| | TOTAL | $ | 3,806.44 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated: 2.27.08

SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY
JUDGE